IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REGINALD W. HILL,            )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )       2:24cv536-MHT
                             )          (WO)
DEPARTMENT OF VETERANS       )
AFFAIRS,                     )
                             )
     Defendant.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 21) is adopted to the extent set forth in the opinion entered today.

(2) The motion to dismiss (Doc. 17) is granted.

(3) This lawsuit is dismissed without prejudice for lack of subject-matter jurisdiction due to a failure to exhaust administrative remedies under the Federal Tort Claims Act.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of June, 2025.

\_\_\_\_/s/ Myron H. Thompson\_\_\_\_
UNITED STATES DISTRICT JUDGE