IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| REGINALD W. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv536-MHT |
| | ) | (WO) |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that plaintiff's motion for leave to
appeal in forma pauperis (Doc. 25) is denied as
unnecessary. Because plaintiff was granted in forma
pauperis in the district court and is not a prisoner,
he does not need to seek in-forma-pauperis status again
on appeal. *See* Fed. R. App. P. 24 ("A party who was
permitted to proceed in forma pauperis in the
district-court action ... may proceed on appeal in
forma     pauperis without     further     authorization,
unless: (A) the district court--before or after the
notice of appeal is filed--certifies that the appeal is

not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or (B) a statute provides otherwise.").

DONE, this the 17th day of July, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE